# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

CHRISTOPHER ROMAN,

       Plaintiff,

v.

FLORIDA TURNPIKE SERVICES LLC,

       Defendant.

_____/

# **COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, CHRISTOPHER ROMAN, brings this action against Defendant, FLORIDA TURNPIKE SERVICES LLC, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff CHRISTOPHER ROMAN was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Defendant, FLORIDA TURNPIKE SERVICES LLC, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of road ranger services on the Florida turnpike, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with two or more of its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4.  At all times material hereto, Plaintiff engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA through his use and work on the instrumentalities of commerce—specifically, as a road ranger on Florida's turnpike.

5.  Plaintiff worked for Defendant as a road ranger.

6.  Defendant automatically deducted and failed to pay Plaintiff for $10 of overtime compensation weekly.

7.  Defendant failed to compensate Plaintiff for approximately 2.5 hours of overtime weekly.

8.  Defendant improperly paid Plaintiff for an average of approximately 16 hours of overtime each week.

9.  Defendant failed to pay Plaintiff his full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate for all overtime hours worked.

10. Plaintiff has attached a statement of claim as <u>Exhibit A</u> to provide initial estimates of the damages. These amounts may change as Plaintiff engages in the discovery process.

11. Defendant has knowingly and willfully refused to pay Plaintiff his legally-entitled wages.

12. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

13. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")

14. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-13 above as if set forth herein in full.

15. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

16. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendant plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esquire
Bar No.: 74791